UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DARRIN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 15-cv-00878-JSW  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  not yet scheduled<br>Mediator:  Robert Pohls |

IT IS HEREBY ORDERED that the request to excuse defendant Standard Insurance Company's corporate representative, Linda M. Lawson, from appearing in person at the not yet scheduled mediation before Robert Pohls is GRANTED.  Ms. Lawson shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: November 23, 2015

Maria-Elena James
United States Magistrate Judge