1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Sevana Babooian (Bar No. 285432)
   sbabooian@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-2611
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROGER DARRIN, | Case No. CV 15-00878 JSW |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Judge:  Hon. Jeffrey S. White |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff ROGER DARRIN ("Plaintiff") and Defendant STANDARD INSURANCE COMPANY ("Standard"), (Plaintiff and Standard, collectively as the "Parties"); by and through their respective counsel of record, hereby advise the Court that this case has settled in its entirety.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Parties request sixty (60) days in order to finalize the settlement documents and file a Request for Dismissal of the Entire action with prejudice.

Dated: January 4, 2016                ROBOOSTOFF & KALKIN
                                      Scott D. Kalkin


                                      By: */s/ Scott D. Kalkin*
                                          Scott D. Kalkin
                                          Attorneys for Plaintiff
                                          ROGER DARRIN

Dated: January 4, 2016                MESERVE, MUMPER & HUGHES LLP
                                      Linda M. Lawson
                                      Sevana Babooian


                                      By: */s/ Sevana Babooian*
                                          Sevana Babooian
                                          Attorneys for Defendant
                                          STANDARD INSURANCE COMPANY

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

147007.1

2

Case No. CV 15-00878 JSW
NOTICE OF SETTLEMENT