UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DARRIN,<br><br>  Plaintiff,<br><br>  v.<br><br>STANDARD INSURANCE COMPANY,<br><br>  Defendant. | Case No. 15-cv-00878-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REMINDER TO COUNSEL**<br><br>Re: Dkt. No. 26 |

The Court has received the January 4, 2016 joint notice of settlement. The parties request sixty days to finalize the settlement documents and file a request for dismissal with prejudice. However, the parties have not filed a stipulation and proposed order pursuant to this Court's rules. The parties are reminded that "[p]arties seeking to continue hearings, request special status conferences, modify briefing schedules, or make any other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, a Motion for Administrative Relief, as contemplated by Civil Local Rule 7-11." Civil Standing Orders, ¶ 4.

The further case management conference presently scheduled for March 4, 2016 is hereby CONTINUED to March 11, 2016, at 11:00 a.m. The supplemental case management statement is now due March 4, 2016. If the case is dismissed prior to the deadline to file the case management statement, these dates will be vacated.

**IT IS SO ORDERED.**

Dated: January 5, 2016

JEFFREY S. WHITE
United States District Judge